CR07-2012

REC'D JUN - 6 2008

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00318-1
### Internal Use Only

Case title: USA v. Downing

Date Filed: 05/19/2007
Date Terminated: 05/30/2007

Assigned to: Honorable Martin C. Ashman

### Defendant (1)

**David Anthony Downing**
*TERMINATED: 05/30/2007*

represented by **Todd S. Pugh**
Thomas M. Breen and Associates
53 West Jackson Boulevard
Suite 1460
Chicago, IL 60604
(312) 360-1001
Email: tpugh@dcfend-chicago.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

[Clerk's stamp: MICHAEL W. DOBBINS, CLERK BY [signature] DEPUTY CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS DATE: 6-4-2008]

### Highest Offense Level (Terminated)

None

### Complaints

18:371.F--conspiracy to defraud the United States

**Disposition**

**Plaintiff**

USA     represented by     **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Benjamin F Langner**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-2817
Email: benjamin.langner@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2007 | 1 | Rule 5(c)(3) waiver signed by Judge Martin C. Ashman as to David Anthony Downing (1) (yap, ) (Entered: 05/22/2007) |
| 05/19/2007 |  | ARREST of defendant David Anthony Downing (yap, ) (Entered: 05/22/2007) |
| 05/19/2007 | 2 | MINUTE entry before Judge Martin C. Ashman as to David Anthony Downing: Removal proceedings held. Defendant appears in response to arrest on 5/19/07. Defendant informed of his rights. Status hearing set for 5/21/2007 at 03:30 PM. Mailed notice (yap, ) (Entered: 05/22/2007) |
| 05/21/2007 | 3 | MINUTE entry before Judge Martin C. Ashman as to David Anthony Downing: Status hearing held. Identity hearing, preliminary examination hearing and detention hearing set for 5/30/07 at 3:30 p.m.Mailed notice (yap, ) (Entered: 05/22/2007) |
| 05/24/2007 | 4 | ATTORNEY Appearance for defendant David Anthony Downing by Todd S. Pugh (Pugh, Todd) (Entered: 05/24/2007) |
| 05/30/2007 | 5 | MINUTE entry before Judge Martin C. Ashman as to David Anthony Downing: Case called for identity hearing, preliminary examination hearing |

| | | |
|---|---|---|
| | | and detention hearing. Defendant waives identity hearing. Defendant waives his right to preliminary examination without prejudice. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Order defendant removed to the United States District Court for the Northern District of Iowa in custody. (Terminated defendant David Anthony Downing). Mailed notice (yap, ) (Entered: 05/30/2007) |
| 06/08/2007 | | CERTIFIED and Transmitted to Northern District Court of Iowa, the complete record as to David Anthony Downing consisting of transmittal letter, original pleadings, and certified copy of docket entries by certified mail no. #7006 0100 0001 7312 0903. (yap, ) (Entered: 06/08/2007) |
| 07/02/2007 | 6 | RETURN of U.S. Post Office reciept #7006 0100 0001 7312 0903 received 6/25/07 as to David Anthony Downing. (yap, ) (Entered: 07/05/2007) |
| 07/05/2007 | 7 | ACKNOWLEDGMENT of Rule 40 documents received 6/25/07 by District of Iowa, Cedar Rapids as to David Anthony Downing. (yap, ) (Entered: 07/09/2007) |
| 05/30/2008 | 8 | TRANSCRIPT of proceedings for the following dates: 5/19/07, 5/30/07 and 5/21/07; Before the Honorable Honorable Martin C. Ashman as to David Anthony Downing, Daniel Francis Berger and Azar Berend Niekamp (3 vols: 8-1 through 8-3). (yap, ) (Entered: 05/30/2008) |

CR07-2012

REC'D JUN - 6 2008

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00319-1
### Internal Use Only

Case title: USA v. Berger

Date Filed: 05/19/2007
Date Terminated: 05/23/2007

Assigned to: Honorable Martin C. Ashman

### Defendant (1)

**Daniel Francis Berger**
*TERMINATED: 05/23/2007*

represented by **Gary Waite Adair**
Gary W. Adair & Associates
900 West Jackson
Suite 5 East
Chicago, IL 60607
(312) 738-1100
Email: gadairlaw2000@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

21:841A=CD.F controlled substance, sell, distribute or dispense

### Disposition

BY [signature]
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
DATE: 6-4-2008

Case 6:07-cr-02012-MWB-LTS   Document 118   Filed 06/10/08   Page 4 of 12

**Plaintiff**

USA     represented by   **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Benjamin F Langner**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-2817
Email: benjamin.langner@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2007 | 1 | Rule 5(c)(3) waiver signed by Judge Martin C. Ashman as to Daniel Francis Berger (1) (emd, ) (Entered: 05/22/2007) |
| 05/19/2007 | | ARREST of defendant Daniel Francis Berger (emd, ) (Entered: 05/23/2007) |
| 05/19/2007 | 2 | MINUTE entry before Judge Martin C. Ashman : Removal proceedings held. Defendant appears in response to arrest on 5/19/07. Defendant informed of his rights. Gary W. Adair files his appearance as retained counsel. Status hearing set for 5/21/07 at 3:30pm. Mailed notice (emd, ) (Entered: 05/23/2007) |
| 05/19/2007 | 3 | ATTORNEY Appearance for defendant Daniel Francis Berger by Gary Waite Adair (emd, ) (Entered: 05/23/2007) |
| 05/21/2007 | 4 | MINUTE entry before Judge Martin C. Ashman : Status hearing held. Defendant waives identity hearing. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Detention hearing set for 5/23/2007 at 10:00a.m. Mailed notice (emd, ) (Entered: 05/23/2007) |

Case 6:07-cr-02012-MWB-LTS    Document 118    Filed 06/10/08    Page 5 of 12

| | | |
|---|---|---|
| 05/23/2007 | 5 | ATTORNEY Appearance for defendant Daniel Francis Berger by Gary Waite Adair (Adair, Gary) (Entered: 05/23/2007) |
| 05/23/2007 | 6 | MINUTE entry before Judge Martin C. Ashman : Detention hearing held. Order defendant removed to the United States District Court for the Northern District of Iowa. (Terminated defendant Daniel Francis Berger). Mailed notice (emd, ) (Entered: 05/24/2007) |
| 05/23/2007 | 7 | CASH Bond as to Daniel Francis Berger in amount of $10,000.00, Receipt # 10339607 (Redacted image) (emd, ) (Entered: 05/24/2007) |
| 05/23/2007 | 8 | ORDER Setting Conditions of Release as to Daniel Francis Berger (1) $10,000.00 cash, Signed by Judge Martin C. Ashman on 5/23/07. (Redacted image) (emd, ) (Entered: 05/24/2007) |
| 05/25/2007 | 9 | CERTIFIED and Transmitted to USDC ND/Iowa, Cedar Rapids, the complete record consisting of cover letter, complete case file, certified copy of docket entries by certified mail no. 7004 2510 0001 9641 8154 as to Daniel Francis Berger. (emd, ) Modified on 5/25/2007 (emd, ). (Entered: 05/25/2007) |
| 06/04/2007 | 10 | RETURN of U.S. Post Office receipt number 7004 2510 0001 9641 8154 received 5/29/07 as to Daniel Francis Berger. (emd, ) (Entered: 06/06/2007) |
| 06/05/2007 | 11 | LETTER acknowledging receipt of transfer of case, received 5/29/07, as to Daniel Francis Berger. (emd, ) (Entered: 06/06/2007) |

Case 6:07-cr-02012-MWB-LTS   Document 118   Filed 06/10/08   Page 6 of 12



CR07-2012
REC'D JUN - 6 2008

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00320-1
### Internal Use Only

Case title: USA v. Niekamp

Date Filed: 05/19/2007
Date Terminated: 05/30/2007

Assigned to: Honorable Martin C. Ashman

### Defendant (1)

**Azar Berend Nickamp**
*TERMINATED: 05/30/2007*

represented by **Daniel Eli Radakovich**
Attorney at Law
900 West Jackson Boulevard
5-East
Chicago, IL 60607
(312) 733-5116
Email: danielradakovich@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

21:841A=CD.F controlled substance, sell, districute or dispense

### Disposition

**Plaintiff**

USA    represented by **Benjamin F Langner**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-2817
Email: benjamin.langner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2007 | 1 | Rule 5(c)(3) waiver signed by Judge Martin C. Ashman as to Azar Berend Niekamp (1) (emd, ) (Entered: 05/22/2007) |
| 05/19/2007 |  | ARREST of defendant Azar Berend Niekamp (emd, ) (Entered: 05/23/2007) |
| 05/19/2007 | 2 | MINUTE entry before Judge Martin C. Ashman : Removal proceedings held. Defendant appears in response to arrest on 5/19/07. Defendant informed of his rights. Status hearing set for 5/21/07 at 3:30p.m. Mailed notice (emd, ) (Entered: 05/23/2007) |
| 05/21/2007 | 3 | MINUTE entry before Judge Martin C. Ashman : Status hearing held. Identity hearing, preliminary examination hearing and detention hearing set for 5/30/07 at 3:30p.m. Mailed notice (emd, ) (Entered: 05/23/2007) |
| 05/23/2007 | 4 | ATTORNEY Appearance for defendant Azar Berend Niekamp by Daniel Eli Radakovich (Radakovich, Daniel) (Entered: 05/23/2007) |
| 05/30/2007 | 5 | MINUTE entry before Judge Martin C. Ashman : Case called for identity hearing, preliminary examination hearing and detention hearing. Defendant |

Case 6:07-cr-02012-MWB-LTS   Document 118   Filed 06/10/08   Page 8 of 12

|  |  | waives identity hearing. Defendant waives his right to preliminary examination without prejudice. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Order defendant removed to the United States District Court for the Northern District of Iowa in custody. (Terminated defendant Azar Berend Niekamp). Mailed notice (emd, ) (Entered: 05/31/2007) |
|---|---|---|
| 06/06/2007 | 6 | CERTIFIED and Transmitted to USDC ND/IA, Cedar Rapids the complete record consisting of cover letter, complete case file, certified copy of docket entries by certified mail no. 7004 2510 0001 9641 8130 as to Azar Berend Niekamp. (emd, ) (Entered: 06/06/2007) |
| 06/12/2007 | 7 | LETTER acknowledging receipt of transfer of case, received on 6/8/07 in Cedar Rapids, IA as to Azar Berend Niekamp (emd, ) (Entered: 06/13/2007) |
| 06/14/2007 | 8 | RETURN of U.S. Post office receipt no. 7004 2510 0001 9641 8130 by Azar Berend Niekamp (emd, ) (Entered: 06/18/2007) |

REC'D JUN - 6 2008

CLERK'S FILE COPY

1

| | |
|---|---|
| 1 | TRANSCRIBED FROM DIGITAL RECORDING |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF ILLINOIS |
| 3 | EASTERN DIVISION |

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )   No.  07 CR 318
                               )        07 CR 319
      vs.                      )        07 CR 320
                               )
DAVID ANTHONY DOWNING, DANIEL FRANCIS)
BERGER, AZAR BEREND NIEKAMP,   )   Chicago, Illinois
                               )   May 19, 2007
           Defendants.         )   4:15 P.M.
```

DOCKETED MAY 3 0 2008

TRANSCRIPT OF PROCEEDINGS - Removal proceeding
BEFORE THE HONORABLE MARTIN C. ASHMAN, Magistrate Judge

APPEARANCES:

For the Government:    HON. PATRICK J. FITZGERALD
                       219 South Dearborn Street
                       Chicago, Illinois  60604
                       BY:  MR. BENJAMIN F. LANGNER

For the Defendants:    THOMAS M. BREEN AND ASSOCIATES
                       53 West Jackson Boulevard
                       Suite 1460
                       Chicago, Illinois  60604
                       BY:  MR. TODD S. PUGH

ALSO PRESENT:          Ms. Sara M. Nieling
                       Pretrial Service Officer

FILED
MAY 29 2008  RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

                       PAMELA S. WARREN, CSR, RPR
                       Official Court Reporter
                       219 South Dearborn Street
                       Room 1928
                       Chicago, Illinois   60604
                       (312) 294-8907

NOTE:  Please notify of correct speaker identification.

TRANSCRIBED FROM DIGITAL RECORDING    REC'D JUN - 6 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLERK'S FILE COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, **DOCKETED** | ) | No. 07 CR 318 |
| | ) | 07 CR 320 |
| vs.  MAY 3 0 2008 | ) | |
| | ) | |
| DAVID ANTHONY DOWNING, AZAR BEREND NIEKAMP, | ) | Chicago, Illinois |
| | ) | May 30, 2007 |
| Defendants. | ) | 3:53 P.M. |

TRANSCRIPT OF PROCEEDINGS - Hearing
BEFORE THE HONORABLE MARTIN C. ASHMAN, Magistrate Judge

APPEARANCES:

For the Government:  HON. PATRICK J. FITZGERALD
219 South Dearborn Street
Chicago, Illinois  60604
BY:  MR. BENJAMIN F. LANGNER

For the Defendants:  THOMAS M. BREEN AND ASSOCIATES
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois  60604
BY:  MR. TODD S. PUGH

For Defendant Niekamp:  MR. DANIEL ELI RADAKOVICH
900 West Jackson Boulevard
Suite 5 East
Chicago, Illinois  60607

PAMELA S. WARREN, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Room 1928
Chicago, Illinois   60604
(312) 294-8907

FILED
MAY 2 9 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE:  Please notify of correct speaker identification.

```
 1  TRANSCRIBED FROM DIGITAL RECORDING          CLERK'S FILE COPY

 2              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION

 4  UNITED STATES OF AMERICA    DOCKETED  )
                                          )
 5              Plaintiff,   MAY 3 0 2008 )  No. 07 CR 318
                                          )     07 CR 319
 6              vs.                       )     07 CR 320
                                          )
 7  DAVID ANTHONY DOWNING, DANIEL FRANCIS )
    BERGER, AZAR BEREND NIEKAMP,          )  Chicago, Illinois
 8                                        )  May 21, 2007
                Defendants.               )  3:49 P.M.
 9
             TRANSCRIPT OF PROCEEDINGS - Status
10      BEFORE THE HONORABLE MARTIN C. ASHMAN, Magistrate Judge

11  APPEARANCES:

12
    For the Government:         HON. PATRICK J. FITZGERALD
13                              219 South Dearborn Street
                                Chicago, Illinois  60604
14                              BY:  MR. STEVEN J. DOLLEAR

15  For Defendant Downing:      THOMAS M. BREEN AND ASSOCIATES
                                53 West Jackson Boulevard
16                              Suite 1460
                                Chicago, Illinois  60604
17                              BY:  MR. TODD S. PUGH

18  For Defendant Berger:       MR. GARY WAITE ADAIR
                                900 West Jackson Boulevard
19                              Suite 5 East
                                Chicago, Illinois  60607
20  FILED

21  MAY 29 2008  RC    PAMELA S. WARREN, CSR, RPR
                          Official Court Reporter
22                      219 South Dearborn Street
      MICHAEL W. DOBBINS       Room 1928
23  CLERK, U.S. DISTRICT COURT  Chicago, Illinois  60604
                            (312) 294-8907
24

25  NOTE:  Please notify of correct speaker identification.
```