```
 1    TRANSCRIBED FROM DIGITAL RECORDING    REC'D JUN - 6 2008
 2              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
                                                    CR07-2012
 4    UNITED STATES OF AMERICA,      )
                                     )
 5              Plaintiff,   DOCKETED ) No. 07 CR 318
                                     )     07 CR 320
 6         vs.              MAY 30 2008 )
                                     )
 7    DAVID ANTHONY DOWNING, AZAR BEREND )
      NIEKAMP,                      ) Chicago, Illinois
 8                                   ) May 30, 2007
                Defendants.           ) 3:53 P.M.
 9
              TRANSCRIPT OF PROCEEDINGS - Hearing
10      BEFORE THE HONORABLE MARTIN C. ASHMAN, Magistrate Judge

11    APPEARANCES:

12
      For the Government:    HON. PATRICK J. FITZGERALD
13                           219 South Dearborn Street
                             Chicago, Illinois  60604
14                           BY:  MR. BENJAMIN F. LANGNER

15    For the Defendants:    THOMAS M. BREEN AND ASSOCIATES
                             53 West Jackson Boulevard
16                           Suite 1460
                             Chicago, Illinois  60604
17                           BY:  MR. TODD S. PUGH

18    For Defendant Niekamp: MR. DANIEL ELI RADAKOVICH
                             900 West Jackson Boulevard
19                           Suite 5 East
                             Chicago, Illinois  60607

20

21                    PAMELA S. WARREN, CSR, RPR
          FILED         Official Court Reporter
22                    219 South Dearborn Street
         MAY 29 2008 RC      Room 1928
23                    Chicago, Illinois  60604
                          (312) 294-8907
24    MICHAEL W. DOBBINS
      CLERK, U.S. DISTRICT COURT
25    NOTE:  Please notify of correct speaker identification.
```

```
 1        (Proceedings held in open court:)
 2        THE CLERK:  07 CR 318, USA versus Downing; and 07 CR
 3   320, USA versus Niekamp, preliminary examination hearing,
 4   identity hearing, and detention hearing.
 5        MR. LANGNER:  Good afternoon, your Honor.  Ben Langner
 6   on behalf of the government.
 7        MR. RADAKOVICH:  Good afternoon.  Daniel Radakovich on
 8   behalf of Azar Niekamp.
 9        MR. PUGH:  Good afternoon, Judge.  Todd Pugh, P-u-g-h,
10   from the Office of Thomas Breen, B-r-e-e-n, on behalf of
11   defendant Downing.
12        THE COURT:  All right.  First identity.  Are we going
13   to have identity hearings?
14        MR. RADAKOVICH:  We stipulate to that, your Honor, on
15   behalf of Mr. Niekamp.
16        THE COURT:  All right.
17        MR. PUGH:  As do we on behalf of Mr. Downing, your
18   Honor.
19        THE COURT:  All right.  The identity hearing is waived
20   therefore by each of the defendants.
21        Preliminary examinations.  Both sides ready?
22        MR. LANGNER:  Your Honor, it is my understanding from
23   counsel that they are going to waive probable cause without
24   prejudice at this point in time.
25        MR. RADAKOVICH:  That would be our position if the
```

```
 1  Court will accept it.
 2         MR. PUGH: That is correct, your Honor.
 3         THE COURT: All right. Preliminary examination having
 4  been waived, each defendant is remanded to the district court
 5  for further proceedings.
 6         All right.
 7         MR. RADAKOVICH: Waived without prejudice, your Honor?
 8         THE COURT: Without prejudice.
 9         MR. RADAKOVICH: Thank you.
10         THE COURT: Detention.
11         MR. LANGNER: Again, your Honor, it is my
12  understanding that both defendants are going to waive detention
13  without prejudice to raise the issue in Iowa. This is a
14  removal to Iowa.
15         MR. RADAKOVICH: Judge, that is correct. We have
16  nothing to offer the Court. Right now we don't ask to rule on
17  the merits. We would ask the Court -- we'll waive it without
18  prejudice.
19         MR. PUGH: That's our position.
20         THE COURT: All right. Detention having been waived
21  without prejudice, the order is that the defendants be in
22  detention while being removed to -- what was it, the Northern
23  District of Iowa?
24         MR. RADAKOVICH: Yes, sir.
25         MR. LANGNER: That's correct, your Honor.
```

```
 1        THE COURT:  All right.  All that is without prejudice
 2  to their renewing that motion once they get to Iowa.
 3        MR. RADAKOVICH:  Thank you, your Honor.
 4        MR. LANGNER:  Thank you, your Honor.
 5        MR. PUGH:  Thanks for your time.
 6        THE COURT:  All right.
 7     (Which concluded the proceedings in the above-entitled
 8  matter.)
 9
10              C E R T I F I C A T E
11
12     I hereby certify that the foregoing is a transcript of
13  proceedings before the Honorable Martin C. Ashman on May 30,
14  2007.
15  DATED:  November 19, 2007
```

*[signature]*