IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO/EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-2012 MWB |
| Plaintiff, | ) | |
| vs. | ) | |
| DAVID DOWNING, | ) | |
| Defendant. | ) | |

**MOTION TO SEAL GOVERNMENT'S EXHIBITS TO SENTENCING MEMORANDUM**

The United States of America requests that the exhibits to the sentencing memorandum should be filed under seal due to it containing confidential information.

Respectfully Submitted,

MATT M. DUMMERMUTH
United States Attorney

By: s/ Patrick J. Reinert

PATRICK J. REINERT
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (Fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on September 5, 2008.

UNITED STATES ATTORNEY

BY: s/ MGosse

COPIES TO: Todd Pugh