# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-2012-5-MWB |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |
| DAVID ANTHONY DOWNING, | |
| Defendant. | |

_____

This matter comes before the court pursuant to plaintiff's Motion to Seal Government's Exhibits to Sentencing Memorandum (#159) filed September 5, 2008. For good cause, the motion is granted. Plaintiff shall be allowed to file its exhibits to the sentencing memorandum under seal in this case.

**IT IS SO ORDERED.**

**DATED** this 8th day of September, 2008.

_Mark W. Bennett_
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA