IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 07-2012 MWB |
| vs. | ) |
| DAVID ANTHONY DOWNING, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Plaintiff United States of America, pursuant to Title 18, United States Code, Section 3742(b) and Rule 4(b), Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Eighth Circuit from the district court's Judgment and Commitment order filed September 11, 2008.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: *Pat J. Reinert* (signature)

PATRICK J. REINERT
401 First Street, SE
Suite 400
Cedar Rapids, IA 52401-1825
319-363-6333
319-363-1990 (Fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on October 9, 2008.

UNITED STATES ATTORNEY

BY: _s/ DHalfman_

COPIES TO: