| | |
|---|---|
| **CAPTION:** | **CASE NO:** |
| USA v. DAVID ANTHONY DOWNING | CR07-2012-MWB |
| **APPELLANT:** | **APPELLANT ADDRESS or ATTORNEY'S ADDRESS:** |
| DAVID ANTHONY DOWNING | Steven C Rueckert, 53 W Jackson Blvd., Suite 1410, Chicago, IL 60604, ph 312 427 6464; Todd S Pugh, Thomas M Breen & Associates, 53 W. Jackson Blvd, Suite 1460, Chicago, IL 60604 , PH 312 360 1001 |
| **APPELLEE:** | **APPELLEE ATTORNEY ADDRESS:** |
| United States of America | Pat Reinert, US Attorney's Office, 4200 C Street SW, Cedar Rapids, IA 52404, PH: 319 363 0091 |
| **COURT REPORTER(S):** | **PROCEEDING** |
| Shelly Semmler 712-233-3846 | Sentencing |

**LENGTH OF TRIAL:** 0   **FEE PAID?** N   **IFP FILED?** N   **IFP PENDING?** N

**CRIMINAL ATTORNEY:** Steven Rueckert and Thomas Breen   **PENDING MOTIONS:** N

**LOCAL INTEREST?** N   **SIMULTANEOUS RELEASE?** N

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY**:

Is Defendant incarcerated? If yes, where:

LCCC, PO Box 608, Cedar Rapids, IA 52406-0608

Please list all other defendants in this case if there were multiple defendants:

*Please return files and documents to:*   *Contact Person:*

*U.S. District Clerk - Northern District of Iowa*   Karen S. Yorgensen
*4200 C Street SW Bldg A*   319-286-2346
*Cedar Rapids, IA 52404*