**CAPTION:**

USA v. DAVID ANTHONY DOWNING

**CASE NO:**

CR07-2012-MWB

**APPELLANT:**

United States of America

**APPELLANT ADDRESS or ATTORNEY'S ADDRESS:**

Pat Reinert, US Attorney's Office, 4200 C Street SW, Cedar Rapids, IA 52404, PH: 319 363 0091

**APPELLEE:**

DAVID ANTHONY DOWNING

**APPELLEE ATTORNEY ADDRESS:**

Steven C Rueckert, 53 W Jackson Blvd., Suite 1410, Chicago, IL 60604, ph 312 427 6464; Todd S Pugh, Thomas M Breen & Associates, 53 W. Jackson Blvd, Suite 1460, Chicago, IL 60604 , PH 312 360 1001

**COURT REPORTER(S):**

Shelly Semmler 712-233-3846

**PROCEEDING**

Sentencing

**LENGTH OF TRIAL:   0          FEE PAID?N**

**CRIMINAL ATTORNEY: Pat Reinert**

**LOCAL INTEREST?   N**

**IFP FILED?  N          IFP PENDING?  N**

**PENDING MOTIONS: N**

**SIMULTANEOUS RELEASE?  N**

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY**:

Is Defendant incarcerated?  If yes, where:

LCCC, PO Box 608, Cedar Rapids, IA 52406-0608

Please list all other defendants in this case if there were multiple defendants:

*Please return files and documents to:*

*U.S. District Clerk - Northern District of Iowa*
*4200 C Street SW Bldg A*
*Cedar Rapids, IA 52404*

*Contact Person:*

*Karen S. Yorgensen*
*319-286-2346*