TO: CLERK, USCA S  DATE: 11/04/08
FROM: DISTRICT COURT, NORTHERN, DISTRICT OF IOWA
    Karen S. Yorgensen, Deputy Clerk

**APPEAL NO.** 08-3416

**DISTRICT COURT NO.** 07-cr-2012-LRR/USA v. ANTHONY DOWING

**TRANSMITTED HEREWITH:**

| | | |
|---|---|---|
| _____ | Original File Volumes: | |
| _____ | Designated Clerk's Record: | |
| _____ | Depositions Name: Name: | |
| **X** | Transcripts: | Sentencing transcript dated 09/04/08 (1 vol) <br> Sealed Excerpt of Sentencing transcript dated 9/4/08 (1 vol) |
| _____ | PSIR | |
| _____ | Exhibits: | |

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USCA S ACKNOWLEDGMENT**

**RECEIPT**                                                            **RETURNED TO DISTRICT COURT**

**By:** _____                 **Date:** _____