# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-3416
_____

United States of America,

Plaintiff - Appellant

v.

David Anthony Downing,

Defendant - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:07-cr-02012-MWB-5)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 14, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans