# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-3416

United States of America,

Appellant

v.

David Anthony Downing,

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:07-cr-02012-MWB-5)
_____

**MANDATE**

In accordance with the judgment of 11/14/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 14, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit