UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECORDS TRANSMITTAL SHEET

DATE: December 22, 2008

RE: 08-3416 United States v. David Downing

TO: Rob Phelps

FROM: James J. Foster

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript: 1 vol. and 1 sealed |
| Deposition: | Sealed: |
| Exhibits: | |
| Other: | |
| [x] Case closed | [ ] Counsel appointed |
| [ ] Per your request | [ ] Return to this office |

Enclosure(s)

District Court/Agency Case Number(s): 6:07-cr-02012-MWB-5

JJF