AO 93    (Rev. 12/03) Search Warrant (Reverse)

| RETURN | Case Number: | |
|---|---|---|
| DATE WARRANT RECEIVED<br>29 JUN 07 | DATE AND TIME WARRANT EXECUTED<br>29 JUN 07 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Placed in Evidence/mailed |

INVENTORY MADE IN THE PRESENCE OF
SA SPALDING

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Devices seized for digital evidence collection
if possible.  Information retrieved from
cellular telephones.  We were unable to
retrieve information from the other devices except
digital recorder, which contained voice files.
These devices were subsequently destroyed in
the 2008 Cedar Rapids Flood.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

C & C SA/RB

Subscribed, sworn to, and returned before me this date.

_____     2-5-10
Signature of Judge            Date