IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 07-2012-MWB-5 |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF INTENTION TO DISPOSE OF EXHIBITS |
| DAVID ANTHONY DOWNING, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with L.R. 57.3(f), it is our intention to dispose of Plaintiff's Sealed Sentencing Exhibits 1 and 2 (docket #163) and Defendant's Sealed Sentencing Exhibits A-L (docket #163) in the above matter on May 14, 2012, unless claimed by you or your office prior to this date.

Please notify the Clerk's Office in advance to make arrangements for picking up the exhibits.

Dated April 14, 2012

              ROBERT L. PHELPS
              CLERK OF COURT

              s/Sarah K. Melvin
              Deputy Clerk