IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR07-2012-MWB-5 |
| | ) | |
| vs. | ) | STATEMENT OF DESTRUCTION OF EXHIBITS |
| | ) | |
| DAVID ANTHONY DOWNING, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to L.R. 57.3(f), Plaintiff's Sealed Sentencing Exhibits 1 and 2 (docket #163) and Defendant's Sealed Sentencing Exhibits A-L (docket #163) were destroyed by the Clerk of the United States District Court on May 14, 2012, after having given notice of intention to do so to counsel of record on April 14, 2012.

Dated May 14, 2012

                                    ROBERT L. PHELPS
                                    CLERK OF COURT

                                    s/Sarah K. Melvin
                                    Deputy Clerk