IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 07-2012 |
| vs. | ) |
| DAVID DOWNING, | ) |
| Defendant. | ) |

## UNRESISTED MOTION TO USE SEALED PLEA AGREEMENT

The United States hereby requests the Court to allow it to use the sealed plea agreement entered by David Downing in this matter in connection with the extradition of an individual from Canada. Mr. Downing entered a guilty plea in this case on March 6, 2008 and a copy of his signed plea agreement was entered into evidence at the plea hearing. Mr. Downing initialed each paragraph of the plea agreement, including an extensive factual summary which was used by the Court as a factual basis for his guilty pleas. This document is now needed for use in the extradition process currently ongoing in Canada. Mr. Downing's counsel has been contacted and has no objection to the United States using this sealed document as part of the extradition process of another individual from Canada.

WHEREFORE, the United States respectfully requests the Court enter an order authorizing the United States to use and disclose Downing's sealed plea agreement government officials in the United States and Canada and counsel for the person subject to extradition in connection with an ongoing extradition hearing.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By, *Pat J. Reinert*

PATRICK J. REINERT
Assistant United States Attorney
111 Seventh Avenue SE
Cedar Rapids, IA 52401
319-363-0091
319-363-1990 (Fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on March 11, 2013.

UNITED STATES ATTORNEY

BY: s/

COPIES TO: Todd Pugh