IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID DOWNING,<br><br>    Defendant. | No. CR07-2012-MWB<br><br>ORDER CONCERNING THE PROSECUTION'S MOTION TO USE SEALED PLEA AGREEMENT |

_____

This case is before me on the prosecution's Unresisted Motion To Use Sealed Plea Agreement (docket no. 204). In its motion, the prosecution requests leave to use the sealed plea agreement entered by defendant David Downing in this case in connection with the extradition of an individual from Canada. The prosecution represents that defendant Downing has no objection to its use of the plea agreement. Accordingly, the prosecution's motion is granted and the prosecution is authorized to use and disclose the contents of Downing's plea agreement to officials in the United States and Canada, as well as counsel for the person subject to the ongoing extradition hearing.

**IT IS SO ORDERED.**

**DATED** this 11th day of March, 2013.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA